Complaint # 7
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE **Eastern** DISTRICT OF TEXAS
_____ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 26 2015

DAVID J MALAND, CLERK
BY
DEPUTY_____

[Stamp: RECEIVED MAY 26 2015 CLERK, U.S. DISTRICT COURT EASTERN DIST. OF TEXAS]

**Larry M Mayfield #624535**
Plaintiff's name and ID Number

**Gib lewis unit / High security**
Place of Confinement

CASE NO: **6:15cv515**
(Clerk will assign the number)

Schneider/dove

v.

**Food service Department**
**Gib lewis unit / High security**
Defendant's name and address

**Administrative segregation security**
**Gib lewis unit / High security**
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?   ✓ YES ___ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: July 8th 2014

2. Parties to previous lawsuit:
   Plaintiff(s): Larry M. Mayfield
   Defendant(s): Administrative maintenance Dept

3. Court (If federal, name the district; if state, name the county) Southern

4. Docket Number: 2015-2

5. Name of judge to whom case was assigned: Alfred H. Bennett ~~Morrosca de Gatreste~~

6. Disposition: (Was the case dismissed, appealed, still pending?)
   Still pending

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Gib lewis unit/ High Security

III. EXHAUSTION OF GRIEVANCE PROCEDURES: #2015103365 · Code: 500

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. Step-2 not Returned

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: Larry m Mayfield 624535 Gib lewis unit High Security 777 Fm 3497 Woodville TX 75990

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Stephen Bryant/Assist Warden High security Gib lewis unit 777 Fm 3497 Woodville TX 75990

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Allowed Religious discrimination/inadequate Nutrition Condoned Thru Grievance Response

Defendant #2: Michaels T Ryals/Chaplain - Gib lewis unit High security 777 Fm 3497 Woodville TX 75990

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Allowed Malicious Religious discrimination/inadequate Nutrition Provided

Defendant #3: Amy m Marshall/Food service manager IV Gib lewis unit high security 777 Fm 3497 Woodville TX 75990

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Malicious Religious discrimination/inadequate Nutrition Provided

Defendant #4: Sadie Woodrome/Food service manager II Gib lewis unit high security 777 Fm 3497 Woodville TX 75990

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Malicious Religious discrimination/inadequate Nutrition Provided

Defendant #5: Natasha M. Watts/Food service manager II Gib lewis unit 777 Fm 3497 Woodville TX 75990

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Malicious Religious discrimination/inadequate nutrition Provided

Defendant #6: Rosemary Stedman / Food Service Manager I
Gib Lewis unit 777 Fm 3497 Woodville TX 75990
malicious Religious discrimination / Thru provided inadequate Nutrition

Defendant #7: Victoria Pryor / Food service manager II Gib Lewis
unit 777 Fm 3497 Woodville TX 75990
malicious Religious discrimination thru Provided inadequate Nutrition

Defendant #8: Rebecca L. Parsley / Food service manager II Gib
Lewis unit 777 Fm 3497 Woodville TX 75990
malicious Religious discrimination / Thru Provide inadequate Nutrition

Defendant #9: Jamie McClelland / Food service manager II Gib
Lewis unit 777 Fm 3497 Woodville TX 75990
malicious Religious discrimination thru Provided inadequate nutrition

Defendant #10: Jeffery S. Hensarling / Food service manager III
Gib Lewis unit 777 Fm 3497 Woodville, TX 75990

Defendant #11: Delter W. Gregory / Food service manager II Gib
Lewis unit 777 Fm 3497 Woodville, TX 75990
malicious Religious discrimination thru Provide inadequate Nutrition

Defendant #12: Eric Lane / Sargent supervisor of High security
Gib Lewis unit 777 Fm 3497 Woodville, TX 75990
Religious discrimination Thru provided inadequate Nutrition

Defendant #13: Frank Rigsby / Sargent supervisor of High security
Gib Lewis unit 777 Fm 3497 Woodville, TX 75990
Religious discrimination Thru Provided inadequate nutrition

Defendant #14: Erma Fernandez / Major supervisor - High security
Gib Lewis unit 777 Fm 3497 Woodville, TX 75990
Religious discrimination Thru Provided inadequate nutrition

Defendant #15: Edward Solls / Captain supervisor High security Gib lewis unit 777 Fm 3497 Woodville. TX 75990
Religious discrimination Then provided inadequate nutrition

Defendant #16: Kevin Langford / captain supervisor High security Gib lewis unit 777 Fm 3497 Woodville. TX 75990
Riligious discrimination Then Provided inadequate nutrition

Defendant #17: Mohamed Touhami / Lieutenant supervisor High security Gib. lewis unit 777 Fm 3497 Woodville TX
Religious discrimination Then Provided inadequate Nutrition

Defendant #18: Cathi A. Henry / officer High security Gib lewis unit 777 Fm 3497 Woodville. TX 75990
Religious discrimination Then Provided inadequate nutrition

Defendant #19: James Porch / officer High security Gib. lewis unit 777 Fm 3497 Woodville. TX 75990
Religious discrimination Then Provided inadequate nutrition.

Defendant #20: Angela Morgan / officer. High security Gib lewis unit 777 Fm 3497 Woodville. TX 75990
Religious discrimination Then Provided inadequate nutrition.

Defendant #21: _____ / officer High security Gib lewis unit 777 Fm 3497 Woodville TX 75990
Religious discrimination Then provided inadequate nutrition

# Statement of Legal Claim

At all relevant times herein defendants were persons for the purpose of 42 USC section 1983 civil rights violation complaint and acted under color of law to deprive Plaintiff of his constitutional rights thru malicious religious discrimination / intentional inadequate nutrition by denied due process of law thru cruel unusual punishment under the First Fourteenth and Eighth Amendments of the United States Constitution.

## II

Each defendant is sued individually and in his or her individual capacity at all times mentioned in this complaint each defendant acted under color of state law.

**V. STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attached Pages

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Compensatory damages awarded Jointly-severly 20,000 dollars against all defendants Punitive damages awarded Jointly-severly $20,000 dollars against all defendant

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Larry M Mayfield / Larry D Mayfield

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

624535 / 371647 / 300493

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

## STATEMENT OF FACTS claim

Provided Inadequate Nutrition Thru unEqual offender discrimination / unEqual Religious discrimination

1- During The Annual 90 day lock down cell searches That Provided Sack Diet meals the duration of the lock down Period.

2- Plaintiff was Intentionally Provided inadequate Nutrition under A Food service Documented meat Free sack meal maliciously After being Advised the meal sack was Nutritionally inadequate by Security Supervisor's Thru A meat Free Requirement of No meat substances and needed to be made adequate.

3- Starting on Febuary 23rd 2015 the Exact day of Feeding sack meals

4- Food service managers named As defendants did ~~not not not not~~ Knowingly Provide meat Free meal Sack with meat substance unprofessionally That security Forced Plaintiff To Except Thru Having Plaintiff sit on the cell Bunk away From The cell door Put The meal sack into the cell door food slot shut it and leave

5- Then Tell Plaintiff Food service is Refuseing To ~~Prepare and send meat Free offenders meat Free~~ meal Sacks security supervisors have told them none were sent they still would not do so

6- Forceing Plaintiff to Endure Painful inadequate Harmful Nutrition Daily by unprofessional Abuse of Authority and official capacity. maliciously.

7- Exhibiting Reckless disregard for Plaintiff Health Physically and mentally by Failing To Act on Information indicating A Painful unconstitutional Act was occuring For days Feb-23-2015 Thru Feb 28th 2015.

8- Food service knew Plaintiff was meat free Diet Required by Religious belief of The Hindu Faith and administratively Documented by Record File.

9- Security supervisor Eric lane Told Plaintiff They had informed Food service managers No meat Free meal sacks were being Provided and food service still would not Do so That All supervisors knew About it Even Assist Warden Stephen Bryant.

10- Plaintiff was Forced To sustain His Physical health on 1-peanut Butter sandwich Per meal sack, not being Able To Consume The meat sandwich inclosed also

11- muslim Religious sects were Given Pork Free meal sacks during This Time under meal Restrictive Guidelines but not Hindu Faith believers in meat Free Restrictive Guidelines

12- other offenders on Required Restrictive meal items were Provided Their meal sacks with Restrictive food items not included That were not under any Religious sects Thus showing offender unequal discrimination and unequal Religious discrimination Between muslim and Hindu Religious sects.

13- Food Service continued to be malicious and sadistic to meat Free Diet sacks by stopping the meat substance and Replacing it with a slice of cheese sandwich and 1 Peanut Butter sandwich Farther Instilling and serving Inadequate nutrition Thru A Regular meal sack That consisted of 1-meat sandwich 1- Peanut Butter Sandwich- And 1 Packet of Fruit

14. Plaintiff showed These inadequate meal sacks To Sargent Eric lane and Sargent John Kuykendall and They stated yeah There should be more Nutrition in your meal sack beside 1 cheese and 1 Peanut Butter sandwich We've Told Food Service managers This They're being unprofessional For some Reason To meat Free offenders

15- Food service managers knows That Plaintiff can't Eat cheese under Hindu Restrictive Food items with meat And Eggs Included And still ignored This maliciously

16- Plaintiff had To Endure And sustain His health on 1 Peanut butter sandwich From Feb 23rd Thru march 2nd 2015 During The cell search lock down Thru Food service Failure And Refusal To Provide Adequate Nutrition Thru Restrictive Required Diet meal sack. officially Documented By Food service Department upon Plaintiff Notification Information To Them.

17- in Step 1 Grievance #2015103365 Code: 500, Food service is viciously claiming TDCJ-cid does not Furnish Faith based Diets meals Thats untrue Pork Free and meat Free are Religiously Faith Based for Muslim and vegeterian believers Hindu Both Alternative Replacements

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning were imposed: _____

Executed on: __5/13/2015__
(Date)

__Larry M. Mayfield__
(Printed Name)

__Larry M. Mayfield__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __13th__ day of __May__, 20__15__.
(Day)            (Month)            (Year)

__Larry M. Mayfield__
(Printed Name)

__Larry M. Mayfield__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.